# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil Action No. |
| | ) 8:22-cv-02485-WFJ-CPT |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| DARLENE S. WILLIAMS, | ) |
| | ) |
| *Defendant*. | ) |
| _____ | ) |

## ORDER ON DEFAULT JUDGMENT

Pursuant to this Court's order (ECF No. 9), entered on February 6, 2023, granting the United States' Motion for Default Judgment (ECF No. 8), it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant Darlene S. Williams is indebted to the United States for her unpaid federal income tax liabilities for the 2008 tax year in the amount of $1,801,902.38 as of February 1, 2023, plus statutory interest arising thereon pursuant to 26 U.S.C. §§ 6621, 6622 until paid; and

2. The federal tax liens against Darlene S. Williams for the 2008 tax year are valid and enforceable as to all property and rights to property belonging to Darlene S. Williams, whether real or personal, wherever located, and whether presently held or hereafter acquired.

3. The Clerk is directed to enter a final default judgment in favor of the

United States of America in accordance with paragraphs 1 and 2.

    4.    The Clerk is directed to terminate any pending motions and deadlines and to close the case.

    **DONE AND ORDERED** at Tampa, Florida, on February 6, 2023.

    *(signature)*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to: Counsel of Record and Unrepresented Parties*